JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CADAWAN, an individual, | Case No: 2:23-cv-06424-JLS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

For the reasons stated in the separate order granting in part Plaintiff's Motion for Attorneys' Fees (Doc. 27) IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff. Plaintiff shall be awarded attorneys' fees in the amount of $27,738.75. Plaintiff is the prevailing party and may file with the clerk an application to tax costs in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: December 5, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE